JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT FLOWERS | ) | CASE NO: CV 15-9710-ODW (RAOx) |
| Plaintiff, | ) ) ) | ORDER RE STIPULATION TO REMAND ACTION |
| v. | ) ) | |
| HOME DEPOT U.S.A., INC., a corporation, and DOES 1-25, Inclusive, | ) ) ) | |
| Defendants. | ) ) ) | |

Having considered the parties' Stipulation to Remand Action, filed with this Court on May 27, 2016, and good cause appearing therefore, IT IS HEREBY ORDERED that this action is remanded to the Los Angeles Superior Court.

IT IS SO ORDERED

DATED: May 31, 2016           By:     _____
                                      Honorable Otis D. Wright, II
                                      UNITED STATES DISTRICT JUDGE

-1-

[Proposed] Order re Stipulation to Remand Action